# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHAFT VERDIN

NO. 2025 KW 1255

**MARCH 23, 2026**

---

In Re:    Shaft Verdin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 840907.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the motion for production of documents, the district court's ruling on the motion, a copy of his indictment or bill of information, the pertinent court minutes, and any other portions of the district court record that might support the claims raised in the motion for production of documents. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application must be filed on or before June 22, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT